| | |
|---|---|
| 1 | Rodeen Talebi (CA SBN 320392) |
| 2 | talebi@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 500 Arguello Street, Suite 500 |
|   | Redwood City, CA 94063 |
| 4 | Telephone: (650) 839-5070 |
|   | Facsimile: (650) 839-5071 |
| 5 | |
|   | Neil J. McNabnay, *Pro Hac Vice* forthcoming |
| 6 | Texas Bar No. 24002583 |
|   | mcnabnay@fr.com |
| 7 | Ricardo J. Bonilla, *Pro Hac Vice* forthcoming |
|   | Texas Bar No. 24082704 |
| 8 | rbonilla@fr.com |
|   | FISH & RICHARDSON, P.C. |
| 9 | 1717 Main Street, Suite 5000 |
|   | Dallas, Texas 75201 |
| 10 | Telephone: (214) 747-5070 |
|    | Facsimile: (214) 747-2091 |
| 11 | |
|    | Attorneys for Defendant |
| 12 | FRESHWORKS, INC. D/B/A |
|    | FRESHWORKS ENTERPRISE, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, | **PATENT** |
| Plaintiff, | Case No. 3:19-cv-06043-LB |
| v. | **NOTICE OF APPEARANCE OF RODEEN TALEBI** |
| FRESHWORKS, INC. D/B/A FRESHWORKS ENTERPRISE, INC., | |
| Defendant. | |

    PLEASE TAKE NOTICE that Rodeen Talebi of Fish & Richardson P.C. enters his appearance as counsel on behalf of Defendant Freshworks, Inc. d/b/a Freshworks Enterprise, Inc. ("Freshworks") in the above-referenced matter.

    Mr. Talebi is admitted to practice in this Court and consents to electronic service for all papers in this action.

| | | |
|---|---|---|
| 1 | Dated: October 10, 2019 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By:  */s/ Rodeen Talebi* |
| 4 | | Rodeen Talebi |
| 5 | | Attorneys for Defendant FRESHWORKS, INC. D/B/A FRESHWORKS ENTERPRISE, INC. |

Case No. 3:19-CV-06043-LB